IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CASE NO: 3:21-cv-01187-IM

**AMANDA NELSON,**
individually and on behalf of all
others similarly situated,

                **CLASS ACTION COMPLAINT**

   Plaintiff,

                **JURY TRIAL DEMANDED**

v.

**POLICYSCOUT, LLC,**

   Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Amanda Nelson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed without prejudice. All claims of the putative class members are dismissed without prejudice.

Dated: November 19, 2021

                Respectfully submitted,

                **HIRALDO P.A.**

                /s/ *Manuel S. Hiraldo*
                Manuel S. Hiraldo, Esq.
                Florida Bar No. 030380
                401 E. Las Olas BoulevardSuite 1400
                Ft. Lauderdale, Florida 33301
                mhiraldo@hiraldolaw.com
                (t) 954.400.4713
                *Pro hac Vice*

                *Attorneys for Plaintiff*